IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GREGORY KENNY LEE, AIS # 184070,** | : | |
| **Plaintiff,** | : | |
| vs. | : | CIVIL ACTION 08-0556-CG-C |
| **ALABAMA DEPT. OF CORRECTIONS, et al.,** | : | |
| | : | |
| **Defendants.** | | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this 6th day of January, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**